MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3689
    Fax: (510) 637-3724
    E-Mail: Randall.Luskey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BARBARA FORTE,<br><br>    Defendant. | No. 4:14-cr-00356-KAW<br><br>STIPULATED MOTION AND [PROPOSED] ORDER CONTINUING STATUS APPEARANCE TO DECEMBER 3, 2014 AT 9:30 A.M. |

    The above-captioned matter is currently set for a status appearance on October 8, 2014 at 9:30 a.m. before this Court. The parties are jointly requesting a continuance until December 3, 2014 at 9:30 a.m. The parties make this request because they have been actively involved in settlement discussions and have a tentative agreement to resolve the case by way of pretrial diversion. The parties need additional time to finalize the details of the diversion agreement and to secure approval from the Pretrial

//

1 | Services Agency.

3 | DATED: September 24, 2014          Respectfully submitted,

MELINDA HAAG
United States Attorney

           /s/
RANDY LUSKEY
Assistant United States Attorney

           /s/
ELLEN LEONIDA
Counsel for BARBARA FORTE

1

**[PROPOSED] ORDER**

2 Based upon the representation of counsel and for good cause shown, the Court VACATES the October 8, 2014 status appearance and sets the matter for a status appearance on December 3, 2014 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 9/25/14

KANDIS A. WESTMORE
United States Magistrate Judge