MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-14-00356 KAW |
| | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER TO RESET FOR STATUS OR DISMISSAL PENDING PRETRIAL DIVERSION |
| BARBARA FORTE, | ) |
| Defendant. | ) |

    On July 8, 2014, the defendant in this case was charged by Information with theft of public money, in violation of 18 U.S.C. § 641, and making false statements to the Department of Housing and Urban Development (HUD), in violation of 18 U.S.C. § 1012.  Both counts are misdemeanors.  The defendant has remained out of custody pending further status on this case and has been under supervision of Pretrial Services.

    On September 24, 2014, the parties filed a Stipulation informing the Court that the parties were working with Pretrial Services on a pretrial diversion agreement in lieu of further pursuit of criminal

CR 14-00356 KAW
STIP. AND PROP. ORDER TO RESET      1

charges against the defendant. At that time, the parties requested and the Court ordered that the matter be reset for further status on December 3, 2014 at 9:30 a.m.

Since that time, the parties have in fact reached a pretrial diversion agreement, attached as Exhibit 1. The agreement will allow Ms. Forte to prove her good conduct over the next 18 months while making restitution payments to HUD. The agreement was signed by all parties and entered on October 31, 2014. The agreement requires the defendant to make monthly payment in the amount of $50 to HUD. The defendant has agreed to be supervised by Pretrial Services under the agreement until April 29, 2016.

Given the entry of this agreement, the parties now request that the Court vacate the December 3, 2014 status hearing, and reset the matter for status on diversion on Friday, April 29, 2016, at 9:30 a.m. before this Court. This date is intended to be a place holder to make sure that this case remains on the parties' dockets. In the event that the parties are alerted that the defendant is not following the pretrial diversion agreement, the parties will move for an earlier hearing date before the Court.

For the reasons set forth herein, the parties agree that time under the Speedy Trial Act should be excluded from the date of this filing through April 19, 2016, because, if the court approves, this is a period of delay during which the prosecution is deferred by the government pursuant to a written agreement with the defendant for the purpose of allowing the defendant to demonstrate her good conduct. 18 U.S.C. § 3161(h)(2).

The parties therefore jointly request that this matter be put over for further status on April 29, 2016, at 9:30 a.m.

DATED: November 19, 2014                    Respectfully submitted,

                                            _/s/_____
                                            BRIGID S. MARTIN
                                            Assistant United States Attorney


                                            _/s/_____
                                            ELLEN LEONIDA
                                            Counsel for Ms. Forte

CR 14-00356 KAW
STIP. AND PROP. ORDER TO RESET          2

## [~~PROPOSED~~] ORDER

Based on the representations of the parties set forth above, for good cause shown, the Court hereby GRANTS the parties Stipulation to reset the next status hearing in this case. The hearing currently scheduled for December 3, 2014, at 9:30 a.m., is hereby VACATED, and RESET for April 29, 2016, at 9:30 a.m. before this Court.

*Kandis Westmore*
HON. KANDIS A. WESTMORE
United States Magistrate Judge

DATED: 11/24 , 2014