UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),          No. CR14-0356-KAW-1

    v.          ORDER OF DISMISSAL

BARBARA FORTE,

    Defendant.
_____/

The defendant having appeared before the undersigned Magistrate Judge, and upon oral motion of the Government,

IT IS HEREBY ORDERED that this matter is dismissed for successful diversion.

Dated: December 5, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge